IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| PAMELA JANE SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No.  1:11-cv-00078-CW-PMW<br><br>Judge Clark Waddoups |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 4.) On May 30, 2013, Judge Warner issued a Report and Recommendation recommending that the court dismiss this case based on Plaintiff's failure to comply with the court's Orders to submit required name and address information of persons upon whom service should be made under Rule 4 of the Federal Rules of Civil Procedure to effect proper service upon the Commissioner. (Dkt. No. 13.) Plaintiff failed to file an Objection or other response to Judge Warner's Report and Recommendation within the permitted timeframe.

Accordingly, and upon a *de novo* review of the Judge Warners's findings, the court APPROVES AND ADOPTS Judge Warner's Report and Recommendation (Dkt. No. 13) in its entirety. This case is therefore dismissed.

SO ORDERED this 7th day of October, 2013.

BY THE COURT:

Clark Waddoups
United States District Judge